**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Superior Silica Sands LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 9 0 – 0 3 8 9 8 8 9 | |
| 4. **Debtor's address** | **Principal place of business** 5600 Clearfork Main Street, Suite 400 Number    Street <br><br>Fort Worth    TX    76109 City    State    ZIP Code <br><br>Tarrant County County | **Mailing address, if different from principal place of business** Number    Street <br>P.O. Box <br>City    State    ZIP Code <br><br>**Location of principal assets, if different from principal place of business** 24068 Plantation Road Number    Street <br>San Antonio    TX    78230 City    State    ZIP Code |
| 5. **Debtor's website** (URL) | http://www.sssand.com | |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  Superior Silica Sands LLC   Case number (*if known*)_____
        Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

2  1  2  3

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                MM / DD / YYYY
         District _____  When _____  Case number _____
                                MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor See attached Schedule 1  Relationship See attached Schedule 1
         District See attached Schedule 1   When Contemporaneously
                                                  MM / DD / YYYY
         Case number, if known _____

Debtor    Superior Silica Sands LLC
          Name                                              Case number (*if known*)

### 11. Why is the case filed in *this district*?

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street

_____
City                              State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors (on a consolidated basis)

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets (on a consolidated basis)

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor    Superior Silica Sands LLC
         Name

Case number (if known)

16. **Estimated liabilities**
    (on a consolidated basis)

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ☒ I have been authorized to file this petition on behalf of the debtor.

    ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  07/15/2019
                MM / DD / YYYY

    X /s/ Richard J. Shearer        Rick Shearer
    Signature of authorized representative of debtor        Printed name

    Title  Authorized Person

18. **Signature of attorney**

    X /s/ [signature]        Date  7/15/19
    Signature of attorney for debtor        MM / DD / YYYY

    John H. Knight
    Printed name

    Richards, Layton & Finger, P.A.
    Firm name

    One Rodney Square, 920 North King Street
    Number    Street

    Wilmington                 DE         19801
    City                       State      ZIP Code

    302-651-7700               knight@rlf.com
    Contact phone              Email address

    3848                       DE
    Bar number                 State

## **Schedule 1**

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the number assigned to the chapter 11 case of Emerge Energy Services LP.

| |
|---|
| Emerge Energy Services LP |
| Emerge Energy Services GP LLC |
| Emerge Energy Services Operating LLC |
| Emerge Energy Services Finance Corporation |
| Superior Silica Sands LLC |

**WRITTEN CONSENT OF THE**
**SOLE MEMBER**
**OF**
**SUPERIOR SILICA SANDS LLC**

**July 15, 2019**

The undersigned being the sole member (the "Member") of Superior Silica Sands LLC, a Texas limited liability company (the "Company"), does hereby consent in writing to the taking of the following actions and the adoption of the following resolutions, and to the waiver of all notices and the holding of a meeting for the purpose of considering the same.

*Approval of Bankruptcy Filing, DIP Financing and Plan Documents*

**WHEREAS**, Emerge Energy Services GP LLC (the "General Partner") is the sole general partner of Emerge Energy Services LP (the "Partnership"), which is the sole member of the Member;

**WHEREAS**, under the Amended and Restated Limited Liability Company Agreement of the General Partner (the "LLC Agreement"), the consent of the members of the General Partner is required for the Company to file a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and the sole member of the General Partner has waived its right to consent to such filing in favor of the Special Restructuring Committee (the "Committee");

**WHEREAS**, under the LLC Agreement, the approval of the board of directors of the General Partner (the "Board") is required for the Member to authorize the Company to commence a case under chapter 11 of the Bankruptcy Code;

**WHEREAS**, the General Partner has entered into a Restructuring Support Agreement, dated as of April 18, 2019 (the "Restructuring Agreement"), pursuant to which the authority of the Board with respect to certain matters has been delegated to the Committee;

**WHEREAS**, the Board authorized the execution, delivery and performance by the General Partner of the Restructuring Agreement and the transactions contemplated thereby, including, without limitation, the delegation by the Board to the Committee of the authority of the Board to approve the filing of a voluntary bankruptcy petition by the Company;

**WHEREAS**, the Committee has the authority to approve the commencement of a voluntary case of the Company under chapter 11 of the Bankruptcy Code;

**WHEREAS**, the Committee has determined that it is in the Company's best interest to commence a case under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and has approved the commencement of a case under chapter 11 of the Bankruptcy Code by the Company;

**WHEREAS**, the Member has reviewed and considered the materials presented by the management and financial and legal advisors of the Partnership regarding the potential present and future liabilities of the Partnership and its subsidiaries (the "Partnership Parties"), the strategic alternatives available to it, and the impact of the foregoing on the Partnership Parties' business;

**WHEREAS**, the Member has consulted with the management and financial and legal advisors of the Partnership Parties and has considered fully each of the strategic alternatives available to each of the Partnership Parties;

**WHEREAS**, the Member has determined that it is in the Company's best interest to commence the Chapter 11 Case;

**WHEREAS**, in connection with the Chapter 11 Case, the Member, after consulting with the management and financial and legal advisors of the Partnership, believes that the proposed debtor in possession financing facility (the "DIP Financing") on the terms set forth in that certain Senior Secured Superpriority Debtor in Possession Credit Facility (the "DIP Credit Agreement"), dated on or about July 15, 2019, between Emerge Energy Services Operating LLC and the Company, as borrowers, the Partnership, Emerge Energy Services Finance Corporation, and the Company, as guarantors, HPS Investment Partners, LLC, as administrative agent and collateral agent, and the lenders from time to time party thereto, and believes that such DIP Financing is in the best interests of the Company; and

**WHEREAS**, in connection with the Chapter 11 Case, the Member, after consulting with the management and financial and legal advisors of the Partnership, believes that filing and prosecuting a joint chapter 11 plan of reorganization of the Debtors (the "Plan"), is in the best interests of the Company.

**NOW, THEREFORE, BE IT RESOLVED**, that the Member hereby approves the Chapter 11 Case, the DIP Financing, including the DIP Credit Agreement, and the filing of the Plan and the documents related thereto (the "Plan Documents").

**RESOLVED FURTHER**, that each of Bryan Gaston, Roy Messing, and Rick Shearer (each, an "Authorized Person"), be, and each of them hereby is, acting singly, authorized to take all such steps and do all such acts and things as they shall deem necessary or advisable to commence the Chapter 11 Case, including, but not limited to, executing, verifying, and delivering a voluntary petition in the name of each of the Partnership Parties under chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the making of any and all other necessary filings with the Bankruptcy Court and any other filings that such Authorized Persons determine to be necessary or advisable, the making and execution of any necessary or advisable instruments, certificates, affidavits, or other documents in connection therewith, the signing or endorsement of any checks, posting of any bonds, and the payment of any fees and expenses in such connection, and to take any and all action to make, execute, verify, and file all applications, certificates, documents, or other instruments and to do any and all acts and things that any one or more of them shall deem necessary, advisable, or appropriate in order to carry out the intent and purpose of any and all of the foregoing resolution.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement, or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings, and other documents, agreements, and papers, including any and all loan agreements, documents, notes, guaranties, security agreements, pledge agreements, and all other documents, agreements, or instruments as may be deemed necessary or appropriate by such Authorized Person, and to take any and all actions that the Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Case, any postpetition financing, or any cash collateral usage contemplated hereby or thereby.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to employ and retain the law firms of Latham & Watkins LLP and Richards, Layton & Finger, P.A. to act as attorneys for the Company in connection with the Chapter 11 Case.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to employ and retain Houlihan Lokey Capital, Inc. as financial advisor to the Company in connection with the Chapter 11 Case.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to employ and retain Kurtzman Carson Consultants LLC as claims, noticing, and solicitation agent and administrative advisor for the Company in its Chapter 11 Case.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting, and other professionals (together with the foregoing identified firms, the "Professionals") as may be deemed necessary or appropriate by any Authorized Person to assist the Company in carrying out its responsibilities in the Chapter 11 Case and achieving a successful reorganization.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement, or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings, and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Person shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of these resolutions.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, with full power of delegation, on behalf of and in the name of the

Company, to execute, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) the DIP Credit Agreement and consummate the DIP Financing.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) the Plan and Plan Documents and cause the Company to perform its obligations thereunder.

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by any Authorized Person or any of the Professionals in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

**RESOLVED FURTHER**, that any and all actions, whether previously or subsequently taken by any Authorized Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved, and confirmed.

*[Signature Page(s) Follow]*

**IN WITNESS WHEREOF**, the undersigned hereby consents to the actions set forth herein effective as of the date first set forth above.

> EMERGE ENERGY SERVICES OPERATING LLC
>
> By: Emerge Energy Services LP,
> its sole member
>
> By: Emerge Energy Services GP LLC,
> its general partner
>
> By: *[signature]*
> Name: Richard J. Shearer
> Title: Authorized Person

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x
In re:                                                                             :    Chapter 11
                                                                                        :
EMERGE ENERGY SERVICES LP, *et al.*,[1]      :    Case No. 19-_____ (_____)
                                                                                        :
            Debtors.                                                  :    (Joint Administration Requested)
                                                                                        :
------------------------------------------------------------- x

**CONSOLIDATED LIST OF CREDITORS HOLDING THE
THIRTY LARGEST UNSECURED CLAIMS**

      Emerge Energy Services LP, Emerge Energy Services GP LLC, Emerge Energy Services Operating LLC, Superior Silica Sands LLC, and Emerge Energy Services Finance Corporation (together, the "**Debtors**") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to file a consolidated list of creditors holding the thirty largest unsecured claims (the "**Largest Unsecured Creditors List**").

      The Largest Unsecured Creditors List is based on the Debtors' books and records as of approximately July 15, 2019, and was prepared in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Largest Unsecured Creditors List does not include persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31).

      The information contained in the Largest Unsecured Creditors List shall not constitute an admission by, nor shall it be binding on, the Debtors.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875). The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

Debtor Name   Superior Silica Sands LLC

United States Bankruptcy Court for the: District of Delaware
                                                                       (State)

Case number (*If known*):_____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders          12/15

**A list of creditors holding the thirty (30) largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the thirty (30) largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | TRINITY INDUSTRIES LEASING COMPANY<br>MICHELLE JACKSON<br>2525 STEMMONS FREEWAY<br>DALLAS, TX 75207 | MICHELLE JACKSON<br>PHONE: 214-589-8217<br>FAX: 469-610-1252<br>EMAIL: MICHELLE.JACKSON@TRIN.NET | TRADE DEBT | | | | $8,923,599.68 |
| 2 | MARKET & JOHNSON, INC<br>TINA BANKER<br>2530 GALLOWAY STREET<br>EAU CLAIRE, WI 54702-0630 | TINA BANKER<br>PHONE: 715-834-1213<br>FAX: 715-834-2331<br>EMAIL: CLLOYD@MARKET-JOHNSON.COM | TRADE DEBT | DISPUTED | | | $6,206,699.84 |
| 3 | CIT GROUP/EQUIPMENT FINANCING, INC<br>PATRICK BAXTER<br>30 S WACKER DRIVE<br>SUITE 2900<br>CHICAGO, IL 60606 | PATRICK BAXTER<br>PHONE: 312-906-5700<br>FAX: 312- 906-5825<br>EMAIL: VICTORIA.VANRIET@CIT.COM | TRADE DEBT | | | | $4,054,894.85 |
| 4 | STOUT EXCAVATING GROUP, LLC<br>RICHARD CRUSING<br>21218 100TH STREET<br>BLOOMER, WI 54724 | RICHARD CRUSING<br>PHONE: 715-568-4141<br>FAX: 715-568-4144<br>EMAIL: RCRUSING@A1EXCAVATING.COM | TRADE DEBT | | | | $3,100,224.24 |
| 5 | TMT SOLUTIONS INC<br>ANDREW OBER<br>4041 FM 1978<br>SAN MARCOS, TX 78666 | ANDREW OBER<br>PHONE: 512-392-9211<br>EMAIL: MENDSLEY@TMTSOLUTIONS.COM | TRADE DEBT | DISPUTED | | | $2,215,210.32 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | SMBC RAIL SERVICES LLC<br>KEVIN WINGATE<br>5600 MEXICO ROAD<br>SUITE 2900<br>ST PETERS, MO 63376 | KEVIN WINGATE<br>PHONE: 636-940-5500<br>FAX: 312-559-4829<br>EMAIL: BILLING@SMBCRAIL.COM | TRADE DEBT | | | | $2,115,967.92 |
| 7 | DI-CORP SAND TRANSLOADING LP<br>LINDA DESABRAIS<br>8750-53 AVE<br>EDMONTON, AB T6E 5G2<br>CANADA | LINDA DESABRAIS<br>PHONE: 780-468-4064<br>EMAIL: LINDADESABRAIS@DI-CORP.COM | TRADE DEBT | | | | $2,006,305.96 |
| 8 | POWNALL SERVICES LLC<br>MELISSA RIPLEY<br>14019 SW FREEWAY STE 301-258<br>SUGAR LAND, TX 77478 | MELISSA RIPLEY<br>PHONE: 281-813-2105<br>FAX: 832-532-7551<br>EMAIL: HARRY@POWNALLSERVICES.COM | TRADE DEBT | | | | $1,819,788.38 |
| 9 | WELLS FARGO RAIL CORPORATION<br>DEAN LAGROSA<br>9377 W HIGGINS RD STE 600<br>ROSEMONT, IL 60018 | DEAN LAGROSA<br>PHONE: 847-384-4405<br>FAX: 847-318-7575<br>EMAIL: DEAN.LAGROSA@FIRSTUNIONRAIL.COM | TRADE DEBT | | | | $1,652,112.87 |
| 10 | RBSCOTT COMPANY, INC.<br>JOHN MICKELSON<br>1011 SHORT STREET<br>EAU CLAIRE, WI 54701 | JOHN MICKELSON<br>PHONE: 715-832-9792<br>FAX: 715-832-7767<br>EMAIL: INFO@RBSCOTT.COM | TRADE DEBT | | | | $1,589,093.17 |
| 11 | MUL RAILCAR LEASING LLC<br>ZACHARY SHARP<br>121 SW MORRISON STREET<br>SUITE 1525<br>PORTLAND, OR 97204 | ZACHARY SHARP<br>PHONE: 503-208-9295<br>FAX: 503-227-3475<br>EMAIL: CUSTOMER_SERVICE@MUL-RAILCARS.COM | TRADE DEBT | | | | $1,479,605.12 |
| 12 | PROCESS ENGINEERING AND EQUIPMENT CORPORATION<br>MARR MADDEN<br>7716 W RUTTER PKWY<br>SPOKANE, WA 99208 | MARR MADDEN<br>PHONE: 509-468-8201<br>EMAIL: AP@PROCESSENGINEERS.COM | TRADE DEBT | | | | $1,376,639.73 |
| 13 | THE ANDERSONS, INC<br>REBECCA NOLL<br>1947 BRIARFIELD BLVD<br>MAUMEE, OH 43537 | REBECCA NOLL<br>PHONE: 419-897-3645<br>FAX: 419-891-2749<br>EMAIL: REBECCA_NOLL@ANDERSONINC.COM | TRADE DEBT | | | | $1,327,272.18 |
| 14 | A-1 EXCAVATING, INC<br>RICHARD CRUSING<br>408 26TH AVE<br>PO BOX 90<br>BLOOMER, WI 54724 | RICHARD CRUSING<br>PHONE: 715-568-4141<br>FAX: 715-568-4144<br>EMAIL: ESTIMATING@A1EXCAVATING.COM | TRADE DEBT | | | | $1,195,911.89 |
| 15 | IRON MOUNTAIN TRAP ROCK CO.<br>FRED WEBER<br>2320 CREVE COEUR MILL ROAD<br>MARYLAND HEIGHTS, MO 63043-0816 | FRED WEBER<br>PHONE: 314-344-0070<br>FAX: 314-344-0970<br>EMAIL: MATBILLING@FREDWEBERINC.COM | TRADE DEBT | | | | $1,179,506.80 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | GREENBRIER LEASING COMPANY, LLC<br>KATHERINE VANDEWATER<br>ONE CENTERPOINTE DRIVE SUITE 465<br>LAKE OSWEGO, OR 97035 | KATHERINE VANDEWATER<br>PHONE: 503-684-7000<br>FAX: 503-684-7553<br>EMAIL: AR.INQUIRIES@GBRX.COM | TRADE DEBT | | | | $928,578.81 |
| 17 | MODERN MATERIAL SERVICES, LLC<br>GARY BUFFINGTON<br>DBA ARROW MATERIAL SERVICES<br>2605 NICHOLSON RD<br>BUILDING 2 SUITE 302<br>SEWICKLEY, PA 15143 | GARY BUFFINGTON<br>PHONE: 412-489-0024<br>FAX: 412-489-0007<br>EMAIL: GBUFFINGTON@ARROWMATERIALSERVICES.COM | TRADE DEBT | | | | $832,318.18 |
| 18 | TIDEWATER LOGISTICS OPERATING LLC<br>SCOTT SPENCE<br>550 BAILEY AVENUE, SUITE 100<br>FORT WORTH, TX 76107 | SCOTT SPENCE<br>PHONE: 855-718-9564<br>EMAIL: AR@TWLOG.COM | TRADE DEBT | | | | $825,159.57 |
| 19 | B&B ELECTRIC INC.<br>MIKE SCHWARTZ<br>1303 WESTERN AVE<br>EAU CLAIRE, WI 54703 | MIKE SCHWARTZ<br>PHONE: 715-832-1676<br>FAX: 715-832-1677<br>EMAIL: BRITTANYM@B-BELECTRICINC.COM | TRADE DEBT | | | | $779,729.14 |
| 20 | MARABOU SUPERIOR PIPELINE, LLC<br>KARL KLANKE<br>450 GEARS ROAD SUITE 850<br>HOUSTON, TX 77067 | KARL KLANKE<br>PHONE: 713-278-0600<br>FAX: 713-278-9324<br>EMAIL: WESW@MMSLP.COM | TRADE DEBT | | | | $747,805.76 |
| 21 | BMT CONSULTING GROUP, LLC<br>PAUL MCCARTHY<br>36 REDWOOD DR.<br>BUTTE, MT 59701 | PAUL MCCARTHY<br>PHONE: 406-490-2598<br>EMAIL: PAUL@BMTGROUP.US | TRADE DEBT | | | | $552,332.35 |
| 22 | EVERGREEN TRANSLOADING TERMINAL, LTD<br>RYAN PETERSON<br>LOT 29, 712051 RNG RD 54<br>COUNTY OF GRANDE PRAIRIE NO1, AB T8X 4A7<br>CANADA | RYAN PETERSON<br>PHONE: 780-832-7558<br>EMAIL: RYAN@BAILLYS.CA | TRADE DEBT | | | | $506,531.16 |
| 23 | CAI RAIL, INC<br>FREDDY FERNANDEZ<br>STEUART TOWER<br>1 MARKET PLAZA, STE 900<br>SAN FRANCISCO, CA 94105-1009 | FREDDY FERNANDEZ<br>PHONE: 415-788-0100<br>FAX: 415-788-3430<br>EMAIL: AMCDONALD@CAPPS.COM | TRADE DEBT | | | | $489,978.05 |
| 24 | 3 B DOZER SERVICE LLC<br>TONYA ROCHA<br>2614 FM 2954<br>BREMOND, TX 76629 | TONYA ROCHA<br>PHONE: 979-828-2429<br>FAX: 979-828-2133<br>EMAIL: OFFICE@3BDOZER.COM | TRADE DEBT | | | | $432,747.33 |
| 25 | CHICAGO FREIGHT CAR LEASING CO<br>MATTHEW BRANCH<br>425 N. MARTINGALE ROAD SUITE 600<br>SCHAUMBURG, IL 60173 | MATTHEW BRANCH<br>PHONE: 847-318-8000<br>FAX: 847- 318-8045<br>EMAIL: MATTHEW.BRANCH@CRDX.COM | TRADE DEBT | | | | $414,712.24 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26 | INVESTORS BANK<br>ADAM TEOXEIRA<br>101 JFK PARKWAY<br>SHORT HILLS, NJ 07078 | ADAM TEOXEIRA<br>PHONE: 503-603-4322<br>FAX: 503-684-7553<br>EMAIL: ADAM.TEOXEIRA@GBRX.XOM | TRADE DEBT | | | | $381,150.00 |
| 27 | OMNITRAX LOGISTICS SERVICES LLC<br>ERIK DECHERD<br>252 CLAYTON STREET, 4TH FLOOR<br>DENVER, CO 80206 | ERIK DECHERD<br>PHONE: 303-398-4500<br>FAX: 303-398-4540<br>EMAIL: INFO@OMNITRAX.COM | TRADE DEBT | | | | $349,770.80 |
| 28 | RAIL LOGIX ALAMO JUNCTION, LLC<br>DANIEL DOLAN<br>3330 S SAM HOUSTON PKWY E<br>HOUSTON, TX 77047 | DANIEL DOLAN<br>PHONE: 713-943-0750<br>FAX: 713-943-8483<br>EMAIL: AR@SPEEDSHORE.COM | TRADE DEBT | | | | $342,912.50 |
| 29 | WISCALE, LLC<br>NICOLE MILAND<br>3819 CREEKSIDE LANE<br>HOLMEN, WI 54636 | NICOLE MILAND<br>PHONE: 715-723-5719<br>FAX: 715-723-5730<br>EMAIL: NICOLE@WISCALE.COM | TRADE DEBT | | | | $271,597.51 |
| 30 | DRT BIO-SOLIDS, INC<br>BONNIE MITCHELL<br>7140 STATE HWY 40<br>BLOOMER, WI 54724 | BONNIE MITCHELL<br>PHONE: 715-568-1730<br>FAX: 715-568-1788<br>EMAIL: DPRIHN29@HOTMAIL.COM | TRADE DEBT | | | | $223,954.17 |

**Fill in this information to identify the case and this filing:**

Debtor Name   Superior Silica Sands LLC

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (*If known*):_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule _____

☒   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/15/2019
         MM / DD / YYYY

x  /s/ Richard J. Shearer
Signature of individual signing on behalf of debtor

Rick Shearer
Printed name

Authorized Person
Position or relationship to debtor